**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Steven E. Weiss, SBN 347790
sweiss@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
THE COUNTY OF TULARE; SHERIFF MIKE BOUDREAUX (erroneously sued as SHERIFF MIKE BOURDEAUX"); ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HAROLD LILES (erroneously sued as "CAPT. HARALD LILES"); LT. JESSE COX; LT. CORY JONES; LT. BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. MICHAEL MARTINS; and SGT. SANTOS SALGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE VILLASENOR; CLAUDIA RIVERA; RUTHIMAY JORDAN FRICK; VANIDEE QUINONEZ; DENISE RAMIREZ, for themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE COUNTY OF TULARE; SHERIFF MIKE BOURDEAUX; ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HARALD LILES; LT. JESSE COX; LT. CORY JONES; LT. BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. GILBERT RODRIGUEZ; SGT. SANTOS SALGADO; UNKNOWN LAW ENFORCEMENT OFFICERS; UNKNOWN COUNTY OFFICIALS,<br><br>    Defendants.<br>_____/ | Case No.: 1:24-CV-01411-KES-SKO<br><br>**DEFENDANTS' JOINT EX PARTE APPLICATION TO EXTEND RESPONSIVE PLEADING DEADLINES**<br><br>Complaint Filed:  11/18/24 |

///

**EX PARTE APPLICATION**

In accordance with United States District Court Eastern District of California Local Rule 144(c), Defendants THE COUNTY OF TULARE; SHERIFF MIKE BOUDREAUX (erroneously sued as SHERIFF MIKE BOURDEAUX"); ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HAROLD LILES (erroneously sued as "CAPT. HARALD LILES"); LT. JESSE COX; LT. CORY JONES; LT. BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. MICHAEL MARTINS; and SGT. SANTOS SALGADO (hereinafter "Defendants"), and Defendant SGT. GILBERT RODRIGUEZ (hereinafter "Defendant Rodriguez") (collectively hereinafter "all Defendants") hereby submit this Joint Ex Parte Application for an Order to Extend All Defendants' Time to File Responsive Pleadings to Plaintiff's Complaint.

As further set forth in the Declaration of Steven E. Weiss and Declaration of Jennifer Duggan filed in Support of this Application, the parties have been unable to engage in meaningful meet and confer efforts on the pleadings, necessitating the instant Joint Ex Parte Application to extend the time in which for all Defendants to file responsive pleadings.

The requested extension of time is sought on good faith grounds necessary for Counsel to be able to properly determine whether a mutually agreeable resolution to the pleadings is possible. Counsel has reached out to Plaintiffs' counsel multiple times on those issues but have received no response.

All Defendants were served with a copy of the Complaint in this matter on January 22, 2025. No prior extensions have been sought in this matter. As noted in Local Rule 144(c), the first initial extension requested through an ex parte is ordinarily granted. Furthermore, there is no prejudice to the Plaintiffs in the requested extension to permit all Defendants time to examine the allegations and pleadings in this case.

///
///
///
///
///
///
///

Accordingly, all Defendants respectfully request the Court grant all Defendants a 28-day extension to file a responsive pleading, making all Defendants' deadline to file a responsive pleading **March 12, 2025**.

Dated: February 10, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _/s/ Steven Weiss_____
    Derek J. Haynes
    Steven E. Weiss
    Attorneys for Defendants
    THE COUNTY OF TULARE; SHERIFF MIKE BOUDREAUX (erroneously sued as SHERIFF MIKE BOURDEAUX"); ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HAROLD LILES (erroneously sued as "CAPT. HARALD LILES"); LT. JESSE COX; LT. CORY JONES; LT. BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. MICHAEL MARTINS; and SGT. SANTOS SALGADO

Dated: February 10, 2025

DUGGAN MCHUGH LAW CORPORATION

By _/S/ Jennifer E. Duggan_____
    Jennifer Duggan
    Attorney for Defendant
    SGT. GILBERT RODRIGUEZ

**DECLARATION OF STEVEN E. WEISS**

I, Steven E. Weiss, declare the following:

1. I am an attorney licensed to practice before the courts of the State of California. I am a attorney with the law firm of Porter Scott, A Professional Corporation, and one of the attorneys of record for Defendant THE COUNTY OF TULARE; SHERIFF MIKE BOUDREAUX (erroneously sued as SHERIFF MIKE BOURDEAUX"); ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HAROLD LILES (erroneously sued as "CAPT. HARALD LILES"); LT. JESSE COX; LT. CORY JONES; LT. BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. MICHAEL MARTINS; and SGT. SANTOS SALGADO (hereinafter "Defendants").

2. Defendants were served with Plaintiffs' Complaint on January 22, 2025. On February 3, I sent a meet-and-confer letter to Plaintiffs' counsel detailing the deficiencies with the Complaint and requesting a further telephonic meet-and-confer to discuss these issues.

3. Counsel for Defendants, counsel for Defendant Rodriguez, and Plaintiff's counsel scheduled a Rule 26(f) conference to take place on Thursday February 6, 2025 at 10:00 AM. On that date and time, I attended the conference via Zoom. I intended on discussing the issues with Plaintiffs' Complaint and propose that the parties enter into a joint stipulation to extend the time for all Defendants to respond to the Complaint. Unfortunately, Plaintiffs' counsel did not show up for this conference. Later that morning, I received an email from Plaintiff's counsel's office, indicating that Plaintiff's counsel had been unable to attend due to a hearing that went longer than expected.

4. I sent an email to Plaintiff's counsel and counsel for Defendant Rodriguez asking to reschedule the conference, and proposing the parties enter into the above-referenced stipulation. Unfortunately, I have yet to receive any response from Plaintiff's counsel on either issue or the substantive issues raised in my February 3 written correspondence.

5. In light of the foregoing, the instant Ex Parte Application became necessary. There have been zero extensions or stipulations in this matter to-date.

6. On Monday February 10, 2025, I emailed Plaintiff's counsel advising that all Defendants would be filing the instant Joint Ex Parte Application.

7. I make this Declaration on my own personal knowledge except as to the facts stated on information and belief. As to such facts, I believe them to be true. If called upon to do so, I could and would competently testify about the matters asserted herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of February 2025, at Sacramento, California.

_____
Steven E. Weiss

Jennifer E. Duggan - SBN: 183833
DUGGAN McHUGH LAW CORPORATION
641 Fulton Ave., Suite 100
Sacramento, CA 95825
Telephone:   916.550.5309
Email: Jennifer@dugganmchugh.com

Attorney for Defendant
SGT. GILBERT RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE VILLASENOR; CLAUDIA RIVERA; RUTHIMAY JORDAN FRICK; VANIDEE QUINONEZ; DENISE RAMIREZ, for themselves and others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>THE COUNTY OF TULARE; SHERIFF MIKE BOUDREAUX; ASST. SHERIFF JOE TORRES; FORMER ASST. SHERIFF MARK GIST; CAPT. HARALD LILES; LT. JESSE COX; LT. CORY JONES; LT.  BUDDY HIRAYAMA; LT. JAVIER MARTINEZ; LT. MEGAN PINHEIRO; SGT. MARCO MARTINEZ; SGT. MICHAEL MARTINS; SGT. GILBERT RODRIGUEZ; SGT. SANTOS SALGADO; UNKNOWN LAW ENFORCEMENT OFFICERS; UNKNOWN COUNTY OFFICIALS,<br>             Defendants. | Case No. 1:24-cv-01411-KES-SKO<br><br>**DECLARATION OF JENNIFER E. DUGGAN IN SUPPORT OF DEFENDANTS' JOINT REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**Complaint Filed:** November 18, 2024<br>**Trial Date:** None set |

DUGGAN McHUGH
LAW CORPORATION
641 FULTON AVE., SUITE 100
SACRAMENTO, CA 95825
916.550-5309

DECLARATION OF JENNIFER E. DUGGAN IN SUPPORT OF DEFENDANTS' JOINT REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE

1.

I, Jennifer Duggan, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California and shareholder of Duggan McHugh Law Corporation, counsel for Defendant SGT. GILBERT RODRIGUEZ ("Defendant"). The facts stated within this Declaration are based upon my personal knowledge and if called to testify, I could and would competently testify thereto.

2. Defendant was served with Plaintiffs' Complaint on January 22, 2025, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, I made efforts to meet and confer with the parties regarding a 26(f) Conference.

3. On January 30, 2025, my assistant emailed Plaintiff's Counsel, Kevin G. Little, to coordinate a date and time for the Rule 26(f) conference. The parties agreed to hold the conference call on February 6, 2025. A true and correct copy of this email correspondence is attached hereto as Exhibit A.

4. However, on February 6, 2025, Plaintiff's Counsel was unable to attend the 26(f) conference due to another obligation and suggested that the parties reschedule for another date. A true and correct copy of this email correspondence is attached hereto as Exhibit B.

5. Counsel for Defendants sent an email to Plaintiff's counsel asking to reschedule the conference, and proposing the parties enter into the above-referenced stipulation. Counsel for Defendants has not yet received a response. On Monday, February 10, 2025, my associate sent an email to Plaintiff's counsel requesting an extension to reply to the Complaint due to the efforts made to meet and confer. A true and correct copy of this email correspondence is attached hereto as Exhibit C.

6. In light of the foregoing, the instant Ex Parte Application became necessary. There have been no extensions or stipulations in this matter to-date.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this Declaration was executed on February 10, 2025 at Sacramento California.

///

///

Duggan McHugh
Law Corporation
641 Fulton Ave., Suite 100
Sacramento, CA 95825
916.550-5309

DECLARATION OF JENNIFER E. DUGGAN IN SUPPORT OF DEFENDANTS' JOINT REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE

2.

| | |
|---|---|
| DATED: February 10, 2025 | DUGGAN MCHUGH LAW CORPORATION |
| | By /S/ Jennifer E. Duggan |
| | Jennifer E. Duggan |
| | Attorney for Defendant |

Duggan McHugh
Law Corporation
641 Fulton Ave., Suite 100
Sacramento, CA 95825
916.550.5309

DECLARATION OF JENNIFER E. DUGGAN IN SUPPORT OF DEFENDANTS' JOINT REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE

3.

# EXHIBIT A

| | |
|---|---|
| **From:** | Sara Kesler |
| **To:** | Kevin Little; dhaynes@porterscott.com |
| **Cc:** | Jennifer Duggan; Isabel Strait |
| **Subject:** | RE: Villasenor, et al. v. County of Tulare, et al. |
| **Date:** | Friday, January 31, 2025 11:49:00 AM |
| **Attachments:** | image001.png |

Good morning,

Sounds good! Thursday, Feb 6th at 10am works best.

I just sent a calendar invite to everyone. You can also find the zoom info below.

Join Zoom Meeting

https://zoom.us/j/98742245307?pwd=bUpHBahgcHXIopGN6YiKnKpPZl89hA.1

Meeting ID: 987 4224 5307

Passcode: 110108

---

One tap mobile

+16699009128,,98742245307#,,,,*110108# US (San Jose)

+16694449171,,98742245307#,,,,*110108# US

Thank you,

**Sara Kesler**

**Litigation Assistant**

**Duggan McHugh** | sara@dugganmchugh.com | 916.550.5309 x. 116



---

**From:** Kevin Little <kevin@kevinlittle.com>
**Sent:** Friday, January 31, 2025 7:14 AM
**To:** Sara Kesler <sara@dugganmchugh.com>
**Cc:** Jennifer Duggan <jennifer@dugganmchugh.com>; Isabel Strait <isabel@dugganmchugh.com>; dhaynes@porterscott.com
**Subject:** Re: Villasenor, et al. v. County of Tulare, et al.

Good morning.  We are available this afternoon after 2pm or on 2/6 at the suggested time.

Sincerely,

Kevin G. Little

Attorney at Law

Physical Address:

1225 East Divisadero Street

Fresno, California 93721

Mail and Delivery Address:
Post Office Box 8656
Fresno, California 93747

Telephone: (559) 342-5800
Facsimile: (559) 242-2400
Email: kevin@kevinglittle.com
Website: http://www.kevinglittle.com

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521. It is legally privileged. This information is intended only for use by the addressee. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately via reply e-mail and delete the subject message from your system. Thank you.

ELECTRONIC SERVICE OF DOCUMENTS MUST BE SENT TO SERVICE@KEVINGLITTLE.COM.

On Thu, Jan 30, 2025 at 2:42 PM Sara Kesler <sara@dugganmchugh.com> wrote:

> Good afternoon, Counsel:
>
> We would like to schedule a Rule 26(f) conference regarding the above referenced matter.
>
> We have availability to meet on Wed, Feb 5th at 1:30 or Thurs, Feb 6th at 10am.
>
> Please let me know if either of these days work for you.
>
> Thank you,
>
> **Sara Kesler**
> **Litigation Assistant**
> 641 Fulton Avenue, Suite 100
> Sacramento, CA 95825
> **Phone:** (916) 550-5309 ext. 116

sara@dugganmchugh.com
www.dugganmchugh.com



# EXHIBIT B

| | |
|---|---|
| **From:** | Tyler Durnell |
| **To:** | Sara Kesler; Jennifer Duggan; Isabel Strait |
| **Cc:** | sweiss; jdiacon; jscarlett; dhaynes; Kevin Little; Roger Wahl; Stephanie Apostadero |
| **Subject:** | Re: Villasenor, et. al. v. County of Tulare, et. al. - Rule 26 Conference |
| **Date:** | Thursday, February 6, 2025 10:49:27 AM |

My apologies, for some reason the emails for the other members our office were removed from my email below.


Sincerely,

Tyler Durnell
Paralegal
Law Office of Kevin G. Little

Physical Address:
1225 E Divisadero Street
Fresno, California 93721

Mail and Delivery Address:
Post Office Box 8656
Fresno, California 93747

Telephone: (559) 342-5800
Facsimile: (559) 242-2400
Email: tyler.durnell@kevinglittle.com
Website: http://www.kevinglittle.com

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521. It is legally privileged. This information is intended only for use by the addressee. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately via reply e-mail and delete the subject message from your system. Thank you.

ELECTRONIC SERVICE OF DOCUMENTS **MUST** BE SENT TO
**SERVICE@KEVINGLITTLE.COM**


---- On Thu, 06 Feb 2025 10:43:02 -0800 **Tyler Durnell <tyler.durnell@kevinglittle.com>** wrote ---

Good morning,

Unfortunately, Mr. Little was unable to attend this morning's Zoom conference due to a hearing taking longer than anticipated. However, I believe this conference may have been set prematurely, as there is another attorney's office who represents the other 13 named defendants who have served with the complaint. I have CC'd them in this email thread, and I believe they also included your office in their correspondence dated February 3rd.

We would be happy to reschedule for a time that is mutally available for all counsel.


Sincerely,

Tyler Durnell

Paralegal
Law Office of Kevin G. Little

Physical Address:
1225 E Divisadero Street
Fresno, California 93721

Mail and Delivery Address:
Post Office Box 8656
Fresno, California 93747

Telephone: (559) 342-5800
Facsimile: (559) 242-2400
Email: tyler.durnell@kevinglittle.com
Website: http://www.kevinglittle.com

CONFIDENTIALITY NOTICE: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521. It is legally privileged. This information is intended only for use by the addressee. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately via reply e-mail and delete the subject message from your system. Thank you.

ELECTRONIC SERVICE OF DOCUMENTS **MUST** BE SENT TO
**SERVICE@KEVINGLITTLE.COM**

# EXHIBIT C

| | |
|---|---|
| **From:** | Isabel Strait |
| **To:** | kevin@kevinglitte.com |
| **Cc:** | Steven Weiss; Jennifer Duggan; Sara Kesler; Julie Diacon; Derek Haynes; roger@kevinglittle.com |
| **Subject:** | FW: Villasenor, et al. v. County of Tulare, et al. |
| **Date:** | Monday, February 10, 2025 11:59:50 AM |
| **Attachments:** | image001.png |
| | image002.png |

Kevin,

I apologize, please see the attached email that did not get delivered.

Thanks,

Izzy

**Izzy Strait**
**Associate Attorney**
**Duggan McHugh** | isabel@dugganmchugh.com | 916.550.5309 x. 114



**From:** Isabel Strait
**Sent:** Monday, February 10, 2025 11:58 AM
**To:** kevin@kevinglitte.com
**Cc:** sweiss@porterscott.com; Jennifer Duggan <jennifer@dugganmchugh.com>; Sara Kesler <sara@dugganmchugh.com>; jdiacon@porterscott.com; dhaynes@porterscott.com; roger@kevinglittle.com
**Subject:** Villasenor, et al. v. County of Tulare, et al.

Good afternoon,

In light of our efforts to meet and confer last week, we'd like to request an extension to file a responsive pleading to your complaint.

Thank you,

Izzy

**Izzy Strait**
**Associate Attorney**
641 Fulton Avenue, Suite 100
Sacramento, CA 95825
**Phone:** (916) 713-2525
**Fax:** (916) 404-5900

isabel@dugganmchugh.com

www.dugganmchugh.com



*Villasenor, et al. v. The County of Tulare, et al.*
USDC – Eastern District, Case No.: 1:24-CV-01411-KES-SKO

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 2180 Harvard Street, Suite 500, Sacramento, California 95815.

On the date below, I served the following document:
**DEFENDANTS' JOINT EX PARTE APPLICATION TO EXTEND RESPONSIVE PLEADING DEADLINES**

|   |   |
|---|---|
|   | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
|   | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
|   | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| ✓ | **BY ELECTRONIC SERVICE**: I caused the documents to be sent to the persons at the electronic notification address(es) listed below during the normal course of business hours and the transmission was reported as complete without error. |

Addressed as follows:

| | |
|---|---|
| Kevin G. Little<br>Michelle L. Tostenrude<br>THE LAW OFFICE OF KEVIN G. LITTLE<br>P.O. Box 8656<br>Fresno, CA 93747<br>kevin@kevinlittle.com<br>michelle@kevinlittle.com<br>***Counsel for Plaintiffs*** | Jennifer Duggan<br>DUGGAN MCHUGH<br>641 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>jennifer@dugganmchugh.com<br>***Counsel for Def. Sgt. Gilbert Rodriguez*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on February 10, 2025.

*Julie Diacon*
Julie Diacon